# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA SAIIDNIA and A&S ENGINEERS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY; and DOES 1 through 10, inclusive <br><br> Defendants. | Case No.: 3:22-cv-03943-WHO <br><br> Judge: Hon. William H. Orrick <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** |

## ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL

Upon the Request of the Plaintiffs to dismiss this case in light of settlement of damages and attorney fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: April 30, 2024

_____

Hon. William H. Orrick

UNITED STATES DISTRICT COURT JUDGE